McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Asst. United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile : (559) 497-4099

Attorneys for the
United States of America and
Revenue Agent Danny Gathright

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and DANNY GATHRIGHT, Revenue Agent, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>BERNADETTE LAUBLY,<br><br>　　　　　Respondent. | No. 1:07-cv-01274 LJO SMS<br><br>**STIPULATION and ORDER**<br><br>Old Date:  Nov. 2, 2007<br>Old Time:  9:30 a.m.<br><br>**New Date**:  **Nov. 30, 2007**<br>**New Time**:  **9:30 a.m.**<br>**Court**:　　Seven<br>　(Hon. Sandra M. Snyder) |

　　　Petitioners United States of America ("United States") and Danny Gathright, and respondent Bernadette Laubly, jointly stipulate to the matters set forth in this Stipulation, and respectfully request that the Court order as follows:

　　　1.　　Respondent Bernadette Laubly acknowledges that she has been served with the Court's Order to Show Cause, filed September 21, 2007, and with the United States' Petition to Enforce Internal Revenue Service Summons and supporting pleadings filed in this action.

　　　2.　　Any opposition to the United States' Petition to Enforce Internal Revenue Service Summons shall be filed by respondent by November 15, 2007.

3. The United States shall file its reply by November 26, 2007.

4. The hearing on the Order to Show Cause directed to respondent is continued to November 30, 2007, at 9:30 a.m., in Courtroom 7, before United States Magistrate Judge Sandra M. Snyder.  Respondent Bernadette Laubly is ordered to appear before the Court on that date and at that time.

5. All issues raised in respondent's opposition pleadings will be considered at the hearing on this matter on November 30, 2007.  Any uncontested allegations in the Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  Issues that are not brought into controversy by the responsive pleadings and supported by declaration will not be considered by the Court.

Respectfully submitted,

Dated:  October 31, 2007

United States Attorney
McGREGOR W. SCOTT

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Attorneys for Petitioners

Dated:  October 31, 2007

/s/ Bernadette Laubly
BERNADETTE LAUBLY

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **November 1, 2007**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE