UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Petitioners,<br><br>v.<br><br>BERNADETTE LAUBLY,<br><br>        Respondent. | 1:07-cv-01274-LJO-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 18)<br><br>**ORDER GRANTING PETITION TO ENFORCE IRS SUMMONS** (Doc. 1)<br><br>**ORDER DIRECTING RESPONDENT TO PERSONALLY APPEAR IN OBEDIENCE TO IRS SUMMONS** |

    Petitioners proceed with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(9) and 72-303.

    On December 7, 2007, the Magistrate Judge filed Findings and a Recommendation that Petitioners' petition to enforce the IRS summons be GRANTED, and Respondent be ORDERED to appear in obedience to the summons. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

1    Therefore, in accordance with the provisions of 28 U.S.C.
2 § 636 (b)(1)(C), this Court has conducted a *de novo* review of the
3 case. Having carefully reviewed the entire file, the Court concludes
4 that the Magistrate Judge's Findings and Recommendation are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed December 7, 2007, are
8 ADOPTED IN FULL;
9    2.   Petitioners' petition to enforce the IRS summons, filed
10 September 4, 2007, is GRANTED; and,
11   3.   Respondent personally appear in obedience to the IRS
12 summons on February 21, 2008, at 10:00 a.m., at the IRS office
13 located at 5104 N. Blythe Avenue, Fresno, CA.

IT IS SO ORDERED.

**Dated:   January 23, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE