# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CV F 07-1274 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| BERNADETTE LAUBLY, | |
| Defendant. / | |

This Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   March 4, 2008**                         /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1